UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

M.R. and L.H., minors, individually,
by and through their parent,
DARNISHA GARBADE,

Case No. 21-cv-1284

Plaintiffs,

v.

BURLINGTON AREA SCHOOL DISTRICT, and
PRINCIPAL SCOTT SCHIMMEL (in his individual
capacity),

Defendants.

## PLAINTIFFS' MOTION TO SEAL DOCUMENTS

Plaintiffs move this Court, pursuant to Federal Rule of Civil Procedure 5.2 and Administrative Order #337, to allow them to file under seal Exhibits 1, 2, and 3, attached to the Declaration of Mark L. Thomsen in Support of Plaintiffs' Brief in Opposition to Defendants' Motion for Clarification.

Plaintiffs request that these documents be sealed because they contain confidential information and identities of minor children. The above-referenced documents may be filed under seal pursuant to Administrative Order #337 because they are filed contemporaneously with this Motion and accompanied by a separately-filed, unsealed version that redacts the confidential information supported by this Motion.

*(Signature on following page)*

1

Dated this 13th day of June, 2023.

                                      **GINGRAS THOMSEN & WACHS LLP**

                                      Attorneys for Plaintiffs

                                      *s/ Mark L. Thomsen*

219 N. Milwaukee Street, Suite 520    Mark L. Thomsen (SBN: 1018839)
Milwaukee, WI 53202                      Paul A. Kinne (SBN: 1021493)
Phone: (414) 837-4167                Sarah F. Kaas (SBN: 1027895)
Email: mthomsen@gtwlawyers.com
kinne@gtwlawyers.com
skaas@gtwlawyers.com